| | |
|---|---|
| ADRIANA MEZA, | : |
| | : UNITED STATES DISTRICT COURT |
| Plaintiff, | : DISTRICT OF NEW JERSEY |
| | : |
| v. | : Civil Action No. 18-15206 (BRM) |
| | : |
| JACKSON TOWNSHIP, et al., | : **ORDER** |
| | : |
| Defendants. | : |

**THIS MATTER** having come before the Court for a telephone status conference on August 10, 2020; and the Court having conferred with counsel; and good cause appearing for the entry of this Order:

**IT IS** on this  10th   day of August, 2020

**ORDERED THAT:**

1. Defendants are granted leave to dispositive motions and shall do so **by October 9, 2020.**

2. In order to give the parties adequate opportunity to prepare motion papers, this action is hereby stayed and the Clerk shall administratively terminate it from the Court's active docket until the Defendants' motions are filed at which time it shall be restored to the active docket.

    s/ Douglas E. Arpert
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**